IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Philadelphia Indemnity Insurance Company, <br><br> Plaintiff, <br><br> vs. <br><br> Richard Alexander Murdaugh, Richard Alexander Murdaugh, Jr. and Renee S. Beach, as Personal Representative of the Estate of Mallory Beach, <br><br> Defendants. | **NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES BY PHILLIP E. REEVES** <br><br> C.A. No.: 9:19-cv-02782-SAL |

YOU WILL PLEASE TAKE NOTICE that pursuant to Local Civil Rule 6.02, Phillip E. Reeves, attorney for the plaintiff, Philadelphia Indemnity Insurance Company, respectfully requests protection from Court appearances in the above-referenced matter from Friday, March 6, 2020 through Wednesday, March 25, 2020, for a previously scheduled family vacation out of the country.

Respectfully submitted,

s/Phillip E. Reeves
Phillip E. Reeves (Fed. ID No. 3232)
Gallivan, White & Boyd, P.A.
Post Office Box 10589
Greenville, South Carolina 29603
(864) 271-9580
preeves@gwblawfirm.com

Attorney for Plaintiff, Philadelphia Indemnity Insurance Company

Greenville, South Carolina

January 31, 2020