UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Philadelphia Indemnity Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>Richard Alexander Murdaugh, Richard Alexander Murdaugh, Jr. and Renee S. Beach, as Personal Representative of the Estate of Mallory Beach,<br><br>Defendants. | C.A. No.: 9:19-CV-2782-SAL<br><br>**DECLARATION OF REBECCA J. BRUCE** |

I, Rebecca J. Bruce, declare as follows:

1. I am a citizen and resident of Altamonte Springs, Florida. I am over the age of 18, of sound mind and have personal knowledge about the matters to which I attest herein.

2. I am employed by Philadelphia Indemnity Insurance Company ("Philadelphia") as Assistant Vice President-Claims.

3. As part of my job responsibilities at Philadelphia, I am responsible for compiling true and accurate copies of insurance policies issued by Philadelphia to insureds.

4. Attached hereto as Exhibits A and B respectively, are true and accurate copies of Policy no. PHPK1926389 issued for the policy period 1/6/2019 to 1/6/2020 and Policy no. PHUB660797 issued for the policy period 1/6/2019 to 1/6/2020 to "R. Alexander Murdaugh."

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 30, 2020.

_____
Rebecca J. Bruce