**List of Attachments**

Exhibit A   –   CGL Policy

Exhibit B   –   Umbrella Policy

Exhibit C   –   Amended Summons & Complaint – Beach vs. Parker, et al.)