IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

CIVIL ACTION NUMBER: 9:19-cv-02782-SAL

| | |
|---|---|
| Philadelphia Indemnity Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Richard Alexander Murdaugh, Richard Alexander Murdaugh, Jr. and Renee S. Beach, as Personal Representative of the Estate of Mallory Beach,<br><br>Defendants. | **CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE IN OPPOSITION** |

Defendants Richard Alexander Murdaugh and Richard Alexander Murdaugh, Jr., with the consent of counsel for Plaintiff, move for an Order extending the time for Defendants to file a Reply to Plaintiff's Response in Opposition (ECF 37) which was due Friday, January 29, 2021. This extension of time would extend the deadline for Defendants to file a to file a Reply to Plaintiff's Response in Opposition to Monday, February 1, 2021.

This extension request is made in good faith and not for purposes of delay, and the Court's granting of this request will not impact any other existing deadlines.

A proposed Order is attached hereto and will be submitted for consideration by email to the judge pursuant to filing preferences.

TURNER PADGET GRAHAM & LANEY, P.A.

/s/ Robert E. Kneece III
John S. Wilkerson, Federal ID No.: 4657
Robert E. Kneece III, Federal ID No.: 12351
40 Calhoun Street, Suite 200
Post Office Box 22129 (29413)
Charleston, SC 29401
Telephone: (843) 576-2801

Facsimile: (843) 577-1649
Email: JWilkerson@TurnerPadget.com
RKneece@TurnerPadget.com

GRIFFIN DAVIS

James M. Griffin, Federal ID No.: 1053
4408 Forest Drive, Suite 300
P.O. Box 999 (29202)
Columbia, SC 29206
Email: jgriffin@griffindavislaw.com

ATTORNEYS FOR DEFENDANTS RICHARD ALEXANDER MURDAUGH AND RICHARD ALEXANDER MURDAUGH, JR.
--and—

WE CONSENT:

/s/ Phillip E. Reeves
Phillip E. Reeves (Fed ID No.: 3232)
Jennifer E. Johnsen (Fed ID No.: 5427)
Gallivan, White & Boyd, P.A.
PO Box 10589
Greenville, SC 29603
864-271-9580
preeves@gwblawfirm.com
jjohnsen@gwblawfirm.com

ATTORNEYS FOR PLAINTIFF