AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Philadelphia Indemnity Insurance Company, | ) |
| | )    No.  9:19-cv-02782-SAL |
| Plaintiff(s), | ) |
| vs | ) |
| Richard Alexander Murdaugh; Richard Alexander Murdaugh, Jr., and Renee S. Beach, as Personal Representative of the Estate of Mallory Beach, | ) |
| Defendant(s). | ) |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgment is entered in favor of Plaintiff Philadelphia Indemnity Insurance Company, and this case is dismissed.

This action was *(check one)*:

❏ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❏ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Sherri A. Lydon, United States District Judge, who grants Plaintiff's Motion for Summary Judgment.

                                                    Robin L. Blume
                                                    CLERK OF COURT

                                       By: s/L. Gibbons, Deputy Clerk

September 21, 2021